UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSENKRANTZ, Derivatively on Behalf
of VASO ACTIVE PHARMACEUTICALS, INC.,

     Plaintiff,

v.

BIOCHEMICS, INC., WILLIAM P. ADAMS,
ROBERT E. ANDERSON, STEPHEN G.
CARTER, GARY FROMM, JOHN J. MASIZ,
KEVIN J. SEIFERT, BRUCE A. SHEAR and
BRIAN J. STRASNICK,

     Defendants,

-and-

VASO ACTIVE PHARMACEUTICALS, INC., a
Delaware Corporation,
Nominal Defendant.

Case No. 1:04-cv-10792-RCL
DERIVATIVE ACTION

---

WILLIAM POMEROY, Derivatively on Behalf of
of VASO ACTIVE PHARMACEUTICALS, INC.,

     Plaintiff,

v.

BIOCHEMICS, INC., WILLIAM P. ADAMS,
ROBERT E. ANDERSON, STEPHEN G.
CARTER, GARY FROMM, JOHN J. MASIZ,
KEVIN J. SEIFERT, BRUCE A. SHEAR and
BRIAN J. STRASNICK,

     Defendants,

-and-

VASO ACTIVE PHARMACEUTICALS, INC., a
Delaware Corporation,
Nominal Defendant.

Case No. 1:04-cv-11399-RCL
DERIVATIVE ACTION

**JOINT MOTION TO CONSOLIDATE ACTIONS AND FOR ENTRY
OF [PROPOSED] STIPULATED PRETRIAL ORDER NO. 1**

Plaintiffs Joseph Rosenkrantz and William Pomeroy ("Plaintiffs") and defendants Biochemics, Inc., William P. Adams, Robert E. Anderson, Stephen G. Carter, Gary Fromm, John J. Masiz, Kevin J. Seifert, Bruce A. Shear and Brian J. Strasnick ("Defendants"), jointly move for entry of the [Proposed] Stipulated Pretrial Order No. 1 (the "Proposed Order"), submitted contemporaneously herewith.  The Proposed Order (1) consolidates, pursuant to Fed. R. Civ. P. 42(a), the proposed shareholder derivative matters pending before this Court entitled Rosenkrantz v. BioChemics, et al., Case No. 1:04-cv-10792-RCL (filed April 20, 2004), and Pomeroy v. BioChemics, et al., Case No. 1:04-cv-11399-RCL (filed June 18, 2004), and establishes a procedure for consolidation of any subsequently filed derivative related case; (2) appoints Co-Lead and Liaison Counsel for plaintiffs; (3) stays all pretrial proceedings in this action and any related action; and (4) acknowledges defendants' acceptance of service of the Pomeroy and Rosenkrantz complaints, effective on the date of the entry of the Proposed Order. In support of their motion, the parties state as follows:

1.      The Rosenkrantz and Pomeroy complaints make substantially identical allegations of fact and assert substantially identical claims for breach of fiduciary duties, abuse of control, gross mismanagement, waste of corporate assets, and unjust enrichment.  Because these actions involve substantially the same factual allegations and raise the same questions of law, consolidation of these and any related cases will promote judicial efficiency.

2.      The appointment of the law firms of Robbins, Umeda & Fink, LLP and Barrett, Johnston & Parsley as Co-Lead Counsel for Plaintiffs, and Mary T. Sullivan of Segal, Roitman & Coleman as Liaison Counsel for Plaintiffs, will provide for the organized management of this consolidated action.

3.      Staying all pretrial proceedings in this action until the earlier of (a) the resolution

of any motion to dismiss filed in the consolidated securities fraud actions pending in this Court

captioned In re Vaso Active Pharmaceuticals Securities Litigation, Case No. 1:04-CV-10708-

RCL, or (b) the filing of answers by all defendants in the same matter, will preserve the Court's

resources and avoid unnecessary duplication of efforts by parties involved in both actions.  The

proposed stay will not unduly delay this litigation, as defendants have agreed to produce certain

documents to plaintiffs' Co-Lead Counsel during the pendency of the stay, and plaintiffs in this

consolidated derivative action will file a Consolidated Amended Complaint within 30 days of

entry of any order resolving any motion to dismiss in the consolidated securities fraud action, or

within 30 days of the filing of answers by all defendants in the consolidated securities fraud

action, whichever occurs first.

As evidenced by the signature of their respective counsel below, the parties have

conferred on the matters stated above and believe that entry of the Order is in the best interest of

all parties and will facilitate the orderly and expeditious resolution of these related actions while

preserving judicial resources.  Therefore, the parties jointly request the Court enter the

[Proposed] Stipulated Pretrial Order No.1 filed contemporaneously herewith.


Dated: July 22, 2004

Jointly submitted by,


__/s/ Mary T. Sullivan_____
MARY T. SULLIVAN, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187


Counsel for Plaintiffs Joseph Rosenkrantz and
William Pomeroy


GEORGE E. BARRETT,
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798


Counsel for William Pomeroy

BRIAN J. ROBBINS
JEFFREY FINK
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991


Counsel for Joseph Rosenkrantz

__/s/ Maura T. Healey_____
JEFFREY B. RUDMAN, BBO #433380
MICHAEL G. BONGIORNO, BBO #558748
MAURA T. HEALEY, BBO #640856
WILMER, CUTLER, PICKERING, HALE
and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


Counsel for Defendants Biochemics, Inc.,
William P. Adams, Robert E. Anderson, Gary
Fromm, John J. Masiz, Kevin J. Seifert, Bruce
A. Shear and Brian J. Strasnick, Vaso Active
Pharmaceuticals, Inc.


RICHARD S. KRAUT
DILWORTH PAXSON LLP
1818 N Street, N.W., Suite 400
Washington, D.C. 20036
(202) 452-0900


Of Counsel for Defendants Biochemics, Inc.,
William P. Adams, Robert E. Anderson, Gary
Fromm, John J. Masiz, Kevin J. Seifert, Bruce
A. Shear and Brian J. Strasnick, Vaso Active
Pharmaceuticals, Inc.


__/s/ Kay B. Lee_____
JOHN A. STEN, BBO #629577
KAY B. LEE, BBO #647224
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083


Counsel for Defendant Stephen G. Carter

4