UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSENKRANTZ, Derivatively on Behalf of VASO ACTIVE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOCHEMICS, INC., WILLIAM P. ADAMS, ROBERT E. ANDERSON, STEPHEN G. CARTER, GARY FROMM, JOHN J. MASIZ, KEVIN J. SEIFERT, BRUCE A. SHEAR and BRIAN J. STRASNICK, <br><br> Defendants, <br><br> -and- <br><br> VASO ACTIVE PHARMACEUTICALS, INC., a Delaware Corporation, Nominal Defendant. | Case No. 1:04-cv-10792-RCL <br> DERIVATIVE ACTION |
| WILLIAM POMEROY, Derivatively on Behalf of of VASO ACTIVE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOCHEMICS, INC., WILLIAM P. ADAMS, ROBERT E. ANDERSON, STEPHEN G. CARTER, GARY FROMM, JOHN J. MASIZ, KEVIN J. SEIFERT, BRUCE A. SHEAR and BRIAN J. STRASNICK, <br><br> Defendants, <br><br> -and- <br><br> VASO ACTIVE PHARMACEUTICALS, INC., a Delaware Corporation, Nominal Defendant. | Case No. 1:04-cv-11399-RCL <br> DERIVATIVE ACTION |

**[PROPOSED] STIPULATED PRETRIAL ORDER NO. 1**

**I.      CONSOLIDATION**

The above-captioned proposed shareholder derivative actions are hereby consolidated into one action (hereinafter, the "Consolidated Derivative Action") for all purposes, pursuant to Fed. R. Civ. P. 42.  This Order (the "Order") shall apply as specified to the Consolidated Derivative Action.  This Order also applies to each derivative case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Derivative Action, and establishes a procedure for consolidation of such matters

**II.     SERVICE**

Greenberg Traurig, LLP will accept service of the <u>Rosenkrantz</u> and <u>Pomeroy</u> complaints on behalf of Stephen G. Carter, with service effective on the date of this Order.  Wilmer, Cutler, Pickering, Hale and Dorr LLP will accept service on behalf of all remaining defendants who have yet to be served in both the Rosenkrantz and Pomeroy actions, with service effective on the date of this Order.

**III.    MASTER DOCKET AND MASTER FILES**

(1)     A Master File is hereby established for this proceeding.  The Master File shall be Civil Action No. 1:04-cv-10792-RCL.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

(2)     An original of this Order shall be filed by the Clerk in the Master File.

(3)     The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Derivative Action.

**IV.    CAPTION OF THE CASE**

Every pleading filed in the Consolidated Derivative Action shall have the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE ) <br> PHARMACEUTICALS, INC. ) <br> DERIVATIVE LITIGATION ) <br> ) | Master Docket No. 1:04-cv-10792-RCL <br> (Consolidated Derivative Action) |

**V.     NEWLY-FILED OR TRANSFERRED ACTIONS**

This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Derivative Action.

When a case that arises out of the same subject matter of the Consolidated Derivative Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

(1)     File a copy of this Order in the separate file for such action;

(2)     Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

(3)     Make the appropriate entry in the Master Docket for the Consolidated Derivative Action.

Each new case that arises out of the same subject matter of the Consolidated Derivative Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Derivative Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within 10 days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing

shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## VI.     ORGANIZATION OF PLAINTIFFS' COUNSEL

The Co-Lead Counsel for plaintiffs for the conduct of these Consolidated Derivative Actions are:

> BRIAN J. ROBBINS
> JEFFREY P. FINK
> ROBBINS UMEDA & FINK, LLP
> 1010 Second Avenue, Suite 2360
> San Diego, CA  92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
>
> GEORGE E. BARRETT,
> DOUGLAS S. JOHNSTON, JR.
> TIMOTHY L. MILES
> BARRETT, JOHNSTON & PARSLEY
> 217 Second Avenue, North
> Nashville, TN 37201
> Telephone: (615) 244-2202
> Facsimile: (615) 252-3798

Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

The Liaison Counsel for Plaintiffs for the conduct of these Consolidated Derivative Actions is:

MARY T. SULLIVAN, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

Plaintiffs' Liaison Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

Defendants' counsel may rely upon all agreements made with any of Plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel and such agreements shall be binding on Plaintiffs.

## VII.    OTHER PRETRIAL PROCEEDINGS

All pretrial proceedings in this action are hereby stayed pending the earlier of (a) entry of an order following the resolution of any motion to dismiss filed in the consolidated securities fraud actions pending in this Court captioned In re Vaso Active Pharmaceuticals Securities Litigation, Case No. 1:04-CV-10708-RCL, or (b) the filing of answers by all defendants in the same matter. Plaintiffs in this consolidated derivative action will file a Consolidated Amended Complaint within 30 days of entry of any order resolving any motion to dismiss in the consolidated securities fraud action, or within 30 days of the filing of answers by all defendants in the consolidated securities fraud action, whichever comes first.

In the interim, defendants will produce certain documents to Plaintiffs' Co-Lead Counsel as agreed to between the parties.

IT IS SO ORDERED.

This _____ day of _____, 2004.         _____
                                              REGINALD C. LINDSAY
                                              UNITED STATES DISTRICT JUDGE

STIPULATED TO:

__/s/ Mary T. Sullivan_____
MARY T. SULLIVAN, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

Counsel for Plaintiffs Joseph Rosenkrantz and William Pomeroy


GEORGE E. BARRETT,
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Counsel for William Pomeroy

BRIAN J. ROBBINS
JEFFREY FINK
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Counsel for Joseph Rosenkrantz

__/s/ Maura T. Healey_____
JEFFREY B. RUDMAN, BBO #433380
MICHAEL G. BONGIORNO, BBO #558748
MAURA T. HEALEY, BBO #640856
WILMER, CUTLER, PICKERING, HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Counsel for Defendants Biochemics, Inc., William P. Adams, Robert E. Anderson, Gary Fromm, John J. Masiz, Kevin J. Seifert, Bruce A. Shear and Brian J. Strasnick, Vaso Active Pharmaceuticals, Inc.

RICHARD S. KRAUT
DILWORTH PAXSON LLP
1818 N Street, N.W., Suite 400
Washington, D.C. 20036
(202) 452-0900

Of Counsel for Defendants Biochemics, Inc., William P. Adams, Robert E. Anderson, Gary Fromm, John J. Masiz, Kevin J. Seifert, Bruce A. Shear and Brian J. Strasnick, Vaso Active Pharmaceuticals, Inc.


__/s/ Kay B. Lee_____
JOHN A. STEN, BBO #629577
KAY B. LEE, BBO #647224
GREENBERG TAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083

Counsel for Defendant Stephen G. Carter

6