UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE VASO ACTIVE PHARMACEUTICALS  )   Civil Action No. 04-10792
DERIVATIVE LITIGATION               )
_____)

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), Maura T. Healey files this Notice of Withdrawal as counsel for the defendants Vaso Active Pharmaceuticals, Inc., John J. Masiz, Joseph Frattaroli, Kevin Seifert, Bruce A. Shear, Brian J. Strasnick, Gary Fromm, William P. Adams and Robert E. Anderson.  Messrs. Rudman and Bongiorno from the law firm Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent these defendants.

                                Respectfully submitted,

                                /s/ Maura T. Healey_____
                                Jeffrey B. Rudman (BBO #433380)
                                Michael G. Bongiorno (BBO #58748)
                                Maura T. Healey (BBO #640856)
                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                60 State Street
                                Boston, Massachusetts  02109
                                (617) 526-6000

Dated:  November 22, 2004

US1DOCS 4812661v1