UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> IN RE: VASO ACTIVE ) <br> PHARMACEUTICALS, INC. ) <br> DERIVATIVE ACTION ) <br> _____) | Master Docket No. 04-10792-RCL <br> (Consolidated Derivative Action) |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, as of December 10, 2004, the law firm of Robbins, Umeda & Fink, LLP will change its address from 1010 Second Avenue, Suite 2360, San Diego, CA 92101 to:

> ROBBINS UMEDA & FINK, LLP
> 610 West Ash Street
> Suite 1800
> San Diego, CA  92101-3350

The telephone and facsimile numbers will remain the same.  Please revise your records accordingly.

Dated:  December 7, 2004

> Liaison Counsel for Plaintiffs,
>
> /s/_____
> Mary T. Sullivan, BBO #487130
> SEGAL, ROITMAN & COLEMAN
> 11 Beacon Street, Suite 500
> Boston, MA  02108
> Telephone:  617-742-0208
> Facsimile:  617-742-2187

Lead Counsel for Plaintiffs

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN  37201
Telephone:  615-244-2202
Facsimile:  615-252-3798


Counsel for Plaintiff Joseph Rosenkrantz

Brian J. Robbins
Jeffrey P. Fink
ROBBINS, UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, CA  92101-3350
Telephone:  619-525-3990
Facsimile:  619-525-3991