UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE VASO ACTIVE PHARMACEUTICALS    )    Civil Action No. 04-10792
DERIVATIVE LITIGATION    )
_____)

**NOTICE OF APPEARANCE**

Kindly enter the appearance of John A. Sten and the law firm of Greenberg Traurig LLP, as counsel for Defendant Stephen G. Carter, in the above-captioned matter.

                                                  /s/ John A. Sten
                                        John A. Sten (BBO# 629577)
                                        GREENBERG TRAURIG, LLP
                                        One International Place
                                        Boston, MA 02110
                                        stenj@gtlaw.com
                                        617-310-6000 – telephone
                                        617-310-6001 – facsimile

Dated: December 8, 2004

**CERTIFICATE OF SERVICE**

I, John A. Sten , hereby state that on December 8, 2004, I caused to be served a copy of the foregoing **by first-class mail postage prepaid and/or electronic filing**, upon all counsel of record.

                                                  /s/ John A. Sten
                                                   John A. Sten

bos-srv01\154271v01