UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS, INC. DERIVATIVE LITIGATION ) ) ) ) ) | Master Docket No. 04-10792-RCL<br>(Consolidated Derivative Action) |

**PLAINTIFFS' UNOPPOSED MOTION**
**TO RESTORE ACTION TO DOCKET**

Plaintiffs in the above-styled Consolidated Derivative Action (the "Consolidated Derivative Action") hereby move the Court to restore the Consolidated Derivative Action to the active docket. The Defendants do not oppose the relief sought in this motion.

Respectfully submitted,

/s/ Mary T. Sullivan
Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Plaintiffs' Liaison Counsel

George E. Barrett,
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

Plaintiffs' Lead Counsel

Brian J. Robbins
Jeffrey Fink
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Plaintiffs' Counsel

Dated: February 3, 2005

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of February, 2005, via first class mail, a true copy of the foregoing Plaintiff's Unopposed Motion to Restore Action to Docket was served upon Jeffrey B. Rudman and Michael G. Bongiorno, and Wilmer, Cutler, Pickering, Hale & Dorr, 60 State Street, Boston, MA 02109 and John A. Stern, Greenberg Traurig, LLP, One International Place, Boston, MA 02110

/s/ Mary T. Sullivan
Mary T. Sullivan