## VERIFICATION

I, William Pomeroy, hereby declare as follows:

I am a shareholder of Vaso Active Pharmaceuticals, Inc. and have been during the relevant times pertinent hereto. I certify under penalty of perjury that I have reviewed the foregoing Consolidated Verified Derivative Complaint for Breach of Fiduciary Duties, Abuse of Control, Gross Mismanagement, Waste of Corporate Assets, and Unjust Enrichment ("Complaint") and authorized its filing and that the contents in the Complaint are true to the best of my knowledge, information and belief.

Dated: February 04, 2005.

_____
WILLIAM POMEROY