IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

```
------------------------------------------------------------ x
DOUGLAS WEYMOUTH,                              :
                                               :
             Plaintiff,                        :
                                               :
     v.                                        :   C.A. No. 682-N
                                               :
JOHN J. MASIZ, JOSEPH FRATTAROLI,              :
STEPHEN E. CARTER, KEVIN SEIFERT,              :
BRUCE A. SHEAR, BRIAN J. STRASNICK,            :
GARY FROMM, WILLIAM P. ADAMS, and              :
ROBERT E. ANDERSON,                            :
                                               :
             Defendants,                       :
                                               :
VASO ACTIVE PHARMACEUTICALS, INC.,             :
                                               :
             Nominal Defendant.                :
------------------------------------------------------------ x
```

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on _____, the United States District Court for the District of Massachusetts entered its Order and Final Judgment in the action styled *In re Vaso Active Pharmaceuticals, Inc. Derivative Litigation*, Master Docket No. 04-10792-RCL, a true copy of which is attached hereto as Exhibit A, dismissing with prejudice all claims arising out of the same facts and circumstances alleged in the complaint filed in this Court in the above captioned action;

NOW, THEREFORE, subject to the approval of the Court, the parties hereto stipulate and agree that the above action be and it is hereby dismissed with prejudice on the grounds of *res judicata* and estoppel by judgment.

**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**

_____
Joseph A. Rosenthal (# 234)
Suite 1401, 919 N. Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Plaintiff

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_____
Bruce L. Silverstein (# 2495)
Danielle Gibbs (# 3698)
Dawn Jones (#4270)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Attorneys for Defendants

**SO ORDERED** this _____ day of _____, 2005.

_____
Vice Chancellor

2