UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS DERIVATIVE LITIGATION ) ) ) ) | Master Docket No. 04-CV-10792-RCL (Consolidated Derivative Action) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and on behalf of the nominal defendant Vaso Active Pharmaceuticals, Inc., and the individual defendants John J. Masiz, Kevin J. Seifert, Joseph F. Frattaroli, Bruce A. Shear, Gary Fromm, Brian J. Strasnick, William P. Adams and Robert G. Anderson (collectively, the "defendants"), I, Michael G. Bongiorno, move for the admission *pro hac vice* of Jay Holtmeier and state as follows:

1. I am a member of the bar of this Court in good standing.

2. Jay Holtmeier graduated from Cornell Law School in 1990 and was admitted to the practice of law in the State of New York in 1992. Mr. Holtmeier also is admitted to practice in the United States District Courts for the Southern District of New York and the Eastern District of New York.

3. Mr. Holtmeier is a member of the bar in good standing in every jurisdiction where he has been admitted.

4. There are no disciplinary proceedings against Mr. Holtmeier, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the defendants respectfully request that Jay Holtmeier of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, be admitted to

practice before this Court for all purposes in connection with the representation of the defendants in this proceeding.

>Respectfully submitted,
>
>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, KEVIN J. SEIFERT, JOSEPH F. FRATTAROLI, BRUCE A. SHEAR, GARY FROMM, BRIAN J. STRASNICK, WILLIAM P. ADAMS, ROBERT G. ANDERSON
>
>By their attorneys,
>
>/s/ Michael G. Bongiorno
>Jeffrey B. Rudman (BBO# 433380)
>Michael G. Bongiorno (BBO #558748)
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, Massachusetts  02109
>617-526-6000

Dated:  November 14, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE VASO ACTIVE PHARMACEUTICALS           )   Master Docket No. 04-CV-10792-RCL
DERIVATIVE LITIGATION                       )   (Consolidated Derivative Action)
                                            )
_____)

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Jay Holtmeier, hereby certify that:

1.  I was admitted to the bar of the state of New York in 1992. I have been admitted to practice in the United States District Courts for the Southern District of New York and the Eastern District of New York.

2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3.  No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My name and employment contact information are as follows:

Jay Holtmeier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

/s/ Jay Holtmeier_____

Dated:  November 14, 2005

US1DOCS 5358185v1

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

November 14, 2005

**By Overnight Courier**

Clerk, Civil
United States District Court
  for the District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

Jay Holtmeier

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 295 6413
+1 212 230 8888 fax
jay.holtmeier@wilmerhale.com

Re:   In Re: Vaso Active Pharmaceuticals Derivative Litigation, No. 04-CV-10792-RCL

ATTN: Cashier

Dear Sir/Madam:

     Enclosed please find two checks, each in the amount of $50.00, for the filing of (1) the Motion to Admit Counsel Pro Hac Vice of Richard S. Kraut, and (2) the Motion to Admit Counsel Pro Hac Vice of Jay Holtmeier. Copies of each, which were filed electronically, are enclosed.

Very truly yours,

Jay Holtmeier

(Enclosures)

**WILMER CUTLER PICKERING**
**HALE** AND **DORR** LLP
2445 M STREET, NW
WASHINGTON, DC 20037

1001651
62-20-311

DATE 11/01/2005

PAY TO THE ORDER OF Clerk, United States District Court of Massachusetts $ 50.00

Fifty _____ DOLLARS

CITIBANK
CITIBANK DELAWARE
ONE PENNS WAY
NEW CASTLE, DE 19720

NEW YORK HOP ACCOUNT

⑆1001651⑆ ⑈031100209⑈ 3859258 2⑆

---

**WILMER CUTLER PICKERING**
**HALE** AND **DORR** LLP
2445 M STREET, NW
WASHINGTON, DC 20037

1001649
62-20-311

DATE 11/1/2005

PAY TO THE ORDER OF Clerk, United States District Court of Massachusetts $ 50.00

Fifty _____ DOLLARS

CITIBANK
CITIBANK DELAWARE
ONE PENNS WAY
NEW CASTLE, DE 19720

NEW YORK HOP ACCOUNT

⑆1001649⑆ ⑈031100209⑈ 3859258 2⑆