UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE VASO ACTIVE PHARMACEUTICALS       )   Master Docket No. 04-CV-10792-RCL
DERIVATIVE LITIGATION                   )   (Consolidated Derivative Action)
                                        )
_____)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and on behalf of the nominal defendant Vaso Active Pharmaceuticals, Inc., and the individual defendants John J. Masiz, Kevin J. Seifert, Joseph F. Frattaroli, Bruce A. Shear, Gary Fromm, Brian J. Strasnick, William P. Adams and Robert G. Anderson (collectively, the "defendants"), I, Michael G. Bongiorno, move for the admission *pro hac vice* of Richard S. Kraut and state as follows:

1. I am a member of the bar of this Court in good standing.

2. Richard S. Kraut graduated from Columbia Law School in 1966 and was admitted to the practice of law in the State of New York in 1967, and the District of Columbia in 1971.

3. Richard S. Kraut is a partner at Dilworth Paxson LLP, 1133 Connecticut Avenue, N.W., Suite 620, Washington, DC 20036.

4. Richard S. Kraut is a member in good standing of the New York and District of Columbia bars. Mr. Kraut also is admitted to practice in the United States District Courts for the Districts of Columbia and Maryland, and the Southern District of New York, as well as the United States Courts of Appeal for the Second and Fourth Circuits, and the United States Supreme Court.

5. There are no disciplinary proceedings against Mr. Kraut, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the defendants respectfully request that Richard S. Kraut of Dilworth Paxson LLP, 1133 Connecticut Avenue, N.W., Suite 620, Washington, DC 20036, be admitted to practice before this Court for all purposes in connection with the representation of the defendants in this proceeding.

Respectfully submitted,

VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, KEVIN J. SEIFERT, JOSEPH F. FRATTAROLI, BRUCE A. SHEAR, GARY FROMM, BRIAN J. STRASNICK, WILLIAM P. ADAMS, ROBERT G. ANDERSON

By their attorneys,

/s/ Michael G. Bongiorno
Jeffrey B. Rudman (BBO# 433380)
Michael G. Bongiorno (BBO #558748)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
617-526-6000

Dated: November 14, 2005

- 3 -

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Richard S. Kraut, hereby certify that:

1. I was admitted to the bars of the state of New York in 1967, and the District of Columbia in 1971. I have been admitted to practice in the United States District Courts for the Districts of Columbia and Maryland, and the Southern District of New York, as well as the United States Courts of Appeal for the Second Circuit and the Fourth Circuit, and the United States Supreme Court.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

Richard S. Kraut
Dilworth Paxson LLP
1133 Connecticut Avenue, N.W.
Suite 620
Washington, DC 20036
(202) 466-9152

/s/ Richard S. Kraut

Dated: November 14, 2005

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

November 14, 2005

**By Overnight Courier**

Clerk, Civil
United States District Court
  for the District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

Jay Holtmeier

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 295 6413
+1 212 230 8888 fax
jay.holtmeier@wilmerhale.com

Re:   In Re:  Vaso Active Pharmaceuticals Derivative Litigation, No. 04-CV-10792-RCL

ATTN:  Cashier

Dear Sir/Madam:

    Enclosed please find two checks, each in the amount of $50.00, for the filing of (1) the Motion to Admit Counsel Pro Hac Vice of Richard S. Kraut, and (2) the Motion to Admit Counsel Pro Hac Vice of Jay Holtmeier.  Copies of each, which were filed electronically, are enclosed.

Very truly yours,

Jay Holtmeier

(Enclosures)

