UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS, INC. DERIVATIVE LITIGATION ) ) ) ) ) | Master Docket No. 04-10792-RCL (Consolidated Derivative Action) |

# FINAL JUDGMENT

Based on the accompanying Order Approving Settlement of this action on behalf of Plaintiffs, nominal Defendant Vaso Active Pharmaceuticals, Inc. and Defendants BioChemics, Inc., John Masiz, Kevin J. Seifert, Stephen G. Carter, Bruce A. Shear, Brian J. Strasnick, William P. Adams, Robert E. Anderson, Gary Fromm and Joseph Frattaroli, this action is hereby DISMISSED, with prejudice.

Each party shall bear its own costs.

Done this _____ day of _____, 2005.

_____
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

     I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 6th day of December, 2005.

                              /s/ Timothy L. Miles
                              Timothy L. Miles

US1DOCS 5298907v1